FREEMAN A. GODFREY and WILLIAM A. KEELER, Copartners, etc., Respondents, v. LEE YARN DYEING CO., INC., Defendant.  GENNARO NAPOLINO, Appellant.— Judgment reversed upon the law and the facts, with costs, and judgment directed in favor of appellant, awarding him the possession of the chattel in question.  Findings of fact numbered 9 and 12 and conclusions of law numbered 1, 2 and 3 are reversed, and new findings will be made to support this decision. The case is remitted to the trial court for the purpose of fixing the value of the chattel at the time of the trial and of assessing appellant's damages, the same to be inserted in the judgment herein directed.  Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ., concur.  Settle order on notice.

In the Matter of the Application of THE CITY OF NEW YORK, Respondent, Acting by and through the Commissioner of Docks, Relative to Acquiring Right and Title to and Possession of Certain Real Property, etc., on Upper New York Bay between Simonson Avenue, Clifton, and Arrietta Street, Tompkinsville, in the Borough of Richmond, City of New York, etc.  THE STATEN ISLAND RAILWAY COMPANY, Appellant.†— Order denying motion to direct payment of award and interest reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon authority of *Matter of City of New York (East River Park)* (209 App. Div. 662; affd., 239 N. Y. 524). Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ., concur.

In the Matter of the Judicial Settlement of the Account of JAMES H. MCCARTNEY, as Executor, etc., of WILLIAM W. HOWELL, Deceased.— Decree of the Surrogate's Court of Orange county, in so far as appealed from, unanimously affirmed, with costs to respondent payable out of the estate.  No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

EDGAR G. JOHNSON, Respondent, v. JOSEPH P. DAY, INC., and Another, Appellants.— Judgment unanimously affirmed, with costs.  No opinion.  Present — Young, Rich, Kapper, Hagarty and Carswell, JJ.